# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: JOSEPH FRANKLIN GRECO  
DEBTOR 2 NAME: JACQUELINE LYNN GRECO

CASE NUMBER: 1542058

I ____Robert J Wallace, Jr.____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___10/6/2015___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

AAA FINANCIAL SERVICES,PO BOX 982235,EL PASO TX 79998-2235  
AMERICAN EXPRESS BANK FSB,C/O BECKET AND LEE LLP,POB 3001,MALVERN PA 19355-0701  
AMERICAN EXPRESS,PO BOX 3001,MALVERN PA 19355-0701  
AMEX DSNB,PO BOX 8218,MASON OH 45040-8218  
AMEX,PO BOX 297871,FORT LAUDERDALE FL 33329-7871  
BANK OF AMERICA,ATTENTION RECOVERY DEPARTMENT,4161 PIEDMONT PKWY,GREENSBORO NC 27410-8110  
BANK OF AMERICA,ATTN CORRESPONDENCE UNIT/CA6-919-02-41,PO BOX 5170,SIMI VALLEY CA 93062-5170  
BK OF AMER,1800 TAPO CANYON RD,SIMI VALLEY CA 93063-6712  
BK OF AMER,PO BOX 982235,EL PASO TX 79998-2235  
CAPITAL ONE BANK (USA) NA,PO BOX 71083,CHARLOTTE NC 28272-1083  
CAPITAL ONE BANK USA N,15000 CAPITAL ONE DR,RICHMOND VA 23238-1119  
CAPITAL ONE,26525 N RIVERWOODS BLVD,METTAWA IL 60045-3440  
CAPITAL ONE,ATTN BANKRUPTCY,PO BOX 30285,SALT LAKE CITY UT 84130-0285  
CAPITAL ONE,PO BOX 30253,SALT LAKE CITY UT 84130-0253  
CENTRAL CREDIT SERVICES LLC,20 CORPORATE HILLS DR,SAINT CHARLES MO 63301-3749  
CHASE CARD,PO BOX 15298,WILMINGTON DE 19850-5298  
CITI,PO BOX 6241,SIOUX FALLS SD 57117-6241  
COMENITY BANK,PO BOX 182789,COLUMBUS OH 43218-2789  
COMMERCE BANK KANSAS,PO BOX 419248,KANSAS CITY MO 64141-6248  
COMMERCE BANK,PO BOX 419248 KCREC-10,KANSAS CITY MO 64141-6248  
COMMERCE BK,PO BOX 413658,KANSAS CITY MO 64141-3658  
COMMUNITYAMERICA CU,9777 RIDGE DR,LENEXA KS 66219-9746  
COVENTRYONE,PO BOX 31210,TAMPA FL 33631-3210  
CREDIT FIRST N A,PO BOX 81315,CLEVELAND OH 44181-0315  
CREDIT FIRST NA,PO BOX 818011,CLEVELAND OH 44181  
CREDIT FIRST NATIONAL ASSOCIATION,PO BOX 81315,CLEVELAND OH 44181-0315  
CREDIT FIRST/CFNA,BK13 CREDIT OPERATIONS,CLEVELAND OH 44181  
CREDIT ONE BANK NA,PO BOX 98875,LAS VEGAS NV 89193-8875  
CREDIT ONE BANK,PO BOX 98873,LAS VEGAS NV 89193-8873  
DSNB MACYS,9111 DUKE BLVD,MASON OH 45040-8999  
DSNB MACYS,PO BOX 8218,MASON OH 45040-8218  
FIRST PREMIER BANK,3820 N LOUISE AVE,SIOUX FALLS SD 57107-0145  
FORD MOTOR CREDIT CORPORATION,FORD MOTOR CREDIT,PO BOX 6275,DEARBORN MI 48121-6275  
FRD MOTOR CR,PO BOX BOX542000,OMAHA NE 68154  
GECRB/ OLD NAVY,ATTENTION GEMB,PO BOX 103104,ROSWELL GA 30076-9104  
GECRB/AMAZON,ATTN BANKRUPTCY,PO BOX 103104,ROSWELL GA 30076-9104  
GECRB/CARE CREDIT,ATTN BANKRUPTCY,PO BOX 103104,ROSWELL GA 30076-9104  
GECRB/LOWES,ATTENTION BANKRUPTCY DEPARTMENT,PO BOX 103104,ROSWELL GA 30076-9104  
GECRB/OLD NAVY,ATTN BANKRUPTCY,PO BOX 130104,ROSWELL GA 30076  
GECRB/SELECT COMFORT,ATTN BANKRUPTCY DEPT,PO BOX 103104,ROSWELL GA 30076-9104  
GEMB/WALMART,ATTN BANKRUPTCY,PO BOX 103104,ROSWELL GA 30076-9104  
INTERNAL REVENUE SERVICES,CENTRALIZED INSOLVENCY OPERATION,PO BOX 21126,PHILADELPHIA PA 19114-0326  

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___10/6/2015___        Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: JOSEPH FRANKLIN GRECO  CASE NUMBER: 1542058
DEBTOR 2 NAME: JACQUELINE LYNN GRECO

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___10/6/2015___ :

```
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER,ADVISORY/ INSOLVENCY SB / SE T7 GRP 6,2850 NE INDEPENDENCE AVE,LEES SUMMIT MO 64064
IRS SPECIAL PROCEDURES,PO BOX 66778,MAIL STOP 5334 STL,ST LOUIS MO 63166-6778
JACQUELINE LYNN GRECO,704 N SEMINOLE DR,INDEPENDENCE MO 64056-2071
JOSEPH FRANKLIN GRECO,704 N SEMINOLE DR,INDEPENDENCE MO 64056-2071
KOHLS/CAPONE,N56 W 17000 RIDGEWOOD DR,MENOMONEE FALLS WI 53051
MIDLAND CREDIT MANAGEMENT INC AS AGENT FOR,MIDLAND FUNDING LLC,PO BOX 2011,WARREN MI 48090
NATIONWIDE CREDIT INC,PO BOX 26314,LEHIGH VALLEY PA 18002-6314
NAVIENT SOLUTIONS INC,PO BOX 9640,WILKES-BARRE PA 18773-9640
NAVIENT SOLUTIONS INC,PO BOX9640,WILKES-BARRE PA 18773-9640
NAVIENT,PO BOX 9655,WILKES BARRE PA 18773-9655
NEBRASKA FURNITURE MAR,700 S 72ND ST,OMAHA NE 68114-4614
NEBRASKA FURNITURE MAR,ATTN COLLECTIONS,PO BOX 2335,OMAHA NE 68103-2335
NEBRASKA FURNITURE MART,PO BOX 3000,OMAHA NE 68103
PROGRESSIVE FINANCIAL SERVICES INC,1919 W FAIRMONT DR STE 8,TEMPE AZ 85282-3183
QUANTUM3 GROUP LLC AS AGENT FOR,COMENITY BANK,PO BOX 788,KIRKLAND WA 98083-0788
QUEST DIAGNOSTICS,3 GIRALDA FARMS,MADISON NJ 07940-1027
SEARS/CBNA,PO BOX 6282,SIOUX FALLS SD 57117-6282
SEARS/CBNA,PO BOX 6283,SIOUX FALLS SD 57117-6283
STEVEN A SHEPHERD,LAWSON LAW CENTER,700 E 8TH ST STE 300,KANSAS CITY MO 64106
SYNCB/AMAZON,PO BOX 965015,ORLANDO FL 32896-5015
SYNCB/CARE CREDIT,950 FORRER BLVD,KETTERING OH 45420-1469
SYNCB/LOWES,4125 WINDWARD PLZ,ALPHARETTA GA 30005-8738
SYNCB/OLD NAVY,PO BOX 965005,ORLANDO FL 32896-5005
SYNCB/OLDNAVYDC,PO BOX 965005,ORLANDO FL 32896-5005
SYNCB/SLEEP NUMBER,PO BOX 965036,ORLANDO FL 32896-5036
SYNCB/WALMART,PO BOX 965024,EL PASO TX 79998
SYNCHRONY BANK,PO BOX 530914,ATLANTA GA 30353-0914
SYNCHRONY BANK,PO BOX 960017,ORLANDO FL 32896-0017
TARGET NB,PO BOX 673,MINNEAPOLIS MN 55440-0673
UNIT CONS CREDIT UNION,2326 S SAVAGE ST,INDEPENDENCE MO 64055-1669
US ATTORNEY,400 E 9TH ST RM 5510U,KANSAS CITY MO 64106-2607
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106
WESTLAKE FINANCIAL SVC,4751 WILSHIRE BLVD STE 100,LOS ANGELES CA 90010-3847
WFDS/WDS,PO BOX 1697,WINTERVILLE NC 28590-1697
WFS FINANCIAL/WACHOVIA DEALER SRVS,PO BOX 3569,RANCHO CUCAMONGA CA 91729-3569
```

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___10/6/2015___        Signature : ___*Robert J. Wallace, Jr.*___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

502(8/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

10/2/15

U.S. Bankruptcy Court
Western District of Missouri

In Re: Joseph Franklin Greco and Jacqueline Lynn
Greco −ABOVE MED−

Case No.: 15−42058−can13

Debtor(s)

**ORDER CONFIRMING CHAPTER 13 PLAN**
**AS FILED OR AMENDED ON OR ABOUT**
**9/3/15**

The court finds that the amended Chapter 13 plan complies with the requirements of 11 U.S.C. § 1322(a), 1322 (b), 1323(c) and 1325(a) pursuant to 11 U.S.C. § 1329. It is therefore
ORDERED, ADJUDGED and DECREED:
1. The plan is confirmed as amended.
2. The debtor or any entity from which the debtor receives income shall pay to the trustee according to the terms of the plan which shall not exceed 5 years. Payments shall continue until further order of this court. The trustee may cause a wage order to be issued to the debtor's employer. 11 U.S.C.§ 1322(a)(1), 1322(d), and 1325(c). Local Rule 3083−1G.
3. Payments to all creditors shall be made according to the terms of the plan, Local Rules of this Court, the trustee's notice to allow claims, the trustee's notice to allow additional or amended claims, and further orders of the court. The trustee shall only make payments to creditors with filed and allowed claims. 11 U.S.C. § 1326(c), Local Rule 3084−1, and Local Rule 3085−1.
4. Priority claimants shall be paid in full pursuant to 11 U.S.C. § 1322(a)(2).
5. The trustee shall be paid in full pursuant to 11 U.S.C. § 503(b), 1326(b)(2) and 28 U.S.C. § 586(e)(1)(A) and (B).
6. For cases filed on or before October 16, 2005, the debtor shall devote to the plan all disposable income during the first 36 months after the first payment is due under the plan unless the debtor pays 100 percent to all filed and allowed claimants. Regardless of when the case was filed the debtor shall report to the standing trustee any events affecting disposable income, including but not limited to: changes in income, tax refunds, inheritances, prizes, lawsuits, gifts, etc., which are received or receivable during the pendency of the case.
7. The debtor shall not incur any additional debts while this case is open without prior approval of the court except those which may be necessary in an emergency for the protection and preservation of life, health, or property. The trustee may grant borrowing requests pursuant to Local Rule 3088−1.
8. Until the case is closed, the debtor is enjoined and prohibited from selling, encumbering, or in any manner disposing of assets without the prior order of the court except as may be required in the course of the debtor's business if the debtor is engaged in business. The debtor may, without court order, sell unencumbered property which has not had a lien avoided as part of this proceeding with a fair market value less than $2,500.00 so long as, within 10 days of the sale, the debtor files with the court an accounting of said sale.
9. Title to the property of the estate vests in the debtor(s) or as specified in the plan. 11 U.S.C. § 1327(b).
10. Confirmed plans may be amended pursuant to 11 U.S.C. § 1329 and may be amended to comply with 11 U.S.C. § 1322(d).
11. Funds paid into the trustee's office in a confirmed plan prior to the case being dismissed shall be distributed pursuant to the confirmed plan and this confirmation order.

Dated: 10/2/15

/s/ Cynthia A. Norton
UNITED STATES BANKRUPTCY JUDGE